CARLTON v. CARLTON

[354 N.C. 561 (2001)]

LINDA A. CARLTON v. GREG CARLTON

No. 526A01

(Filed 18 December 2001)

**Child Support, Custody, and Visitation— modification of custody order—changed circumstances—effect on welfare of child**

A decision of the Court of Appeals remanding an order of the trial court which modified a prior joint child custody order by granting primary custody to the father is reversed for the reasons stated in the dissenting opinion in the Court of Appeals that the mother's absconding with the child for two months and the father's relocation to Hawaii constitute a substantial change of circumstances and that the trial court made sufficient findings as to the effect of the changed circumstances on the welfare of the child to support its order.

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 145 N.C. 252, 549 S.E.2d 916 (2001), vacating and remanding an order entered 28 March 2000 by Hodges, J., in District Court, Catawba County. Heard in the Supreme Court 11 December 2001.

*Sigmon, Clark, Mackie, Hutton, Hanvey & Ferrell, P.A., by J. Scott Hanvey, for plaintiff-appellee.*

*Sigmon, Sigmon & Isenhower, by C. Randall Isenhower, for defendant-appellant.*

PER CURIAM.

For the reasons stated in the dissenting opinion, the decision of the Court of Appeals is reversed.

REVERSED.